■ DAVID L. BUSH et al., Doing Business as BUSH & SONS, Respondents, v MICHAEL M. BLANKENHEIM et al., Respondents, and MICHAEL K. SMITH et al., Appellants, et al., Defendants. (Appeal No. 2.) [678 NYS2d 560] —Order unanimously reversed on the law without costs, motion granted and complaint and cross claims against defendants Michael K. Smith and Safety Kleen Corp. dismissed. Same Memorandum as in *Bush v Blankenheim* ([appeal No. 1] 254 AD2d 736 [decided herewith]). (Appeal from Order of Supreme Court, Chautauqua County, Gerace, J.—Summary Judgment.) Present—Pine, J. P., Hayes, Wisner, Balio and Boehm, JJ.

■ DAVID L. BUSH et al., Doing Business as BUSH & SONS, Respondents, v MICHAEL M. BLANKENHEIM et al., Respondents, and ROBERT E. SEABERG, Appellant, et al., Defendants. (Appeal No. 3.) [678 NYS2d 559] —Order unanimously reversed on the law without costs, cross motion granted and complaint and cross claims against defendant Robert E. Seaberg dismissed. Same Memorandum as in *Bush v Blankenheim* ([appeal No. 1] 254 AD2d 736 [decided herewith]). (Appeal from Order of Supreme Court, Chautauqua County, Gerace, J.—Summary Judgment.) Present—Pine, J. P., Hayes, Wisner, Balio and Boehm, JJ.